UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANOVA APPLIED ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INKBIRD TECH. C.L., et al., <br><br> Defendants. | CASE NO. C23-0845JLR <br><br> ORDER |

Before the court is Plaintiff Anova Applied Electronics, Inc.'s ("Anova") motion for an order to show cause. (Mot. (Dkt. # 35).) The court DENIES Anova's motion as moot.

On December 7, 2023, attorneys John T. Fetters, Valerie Walker, and Donald R. McPhail filed a notice of appearance on behalf of Defendants Inkbird Tech. C.L. ("Inkbird"); Shenzhen Jingtaitengda Technology Co., Ltd. ("Dreamytenda"); and Shenzhenshi Yingbozhikong Keji Youxian Gongsi ("Mixtea360") (together,

ORDER - 1

"Defendants"). (12/7/23 Notice (Dkt. # 32).) On December 8, 2023, they filed a praecipe in which they asked the court to consider a corrected notice of appearance. (Praecipe (Dkt. # 34) at 1; *see* Corr. Notice (Dkt. # 34-1).) Counsel explained that they had inadvertently filed the notice of appearance on behalf of all three Defendants when they should have appeared only on behalf of Dreamytenda. (Praecipe at 1.)

Anova filed the instant motion on December 12, 2023. (*See generally* Mot.) It asks the court to "order counsel for Dreamytenda to state why they backed out from representing" Inkbird and Mixtea360. (*Id.* at 2.) Dreamytenda filed a timely response, and Anova filed a timely reply, making this motion ripe for decision on December 29, 2023. (*See* Resp. (Dkt. # 37); Reply (Dkt. # 40).)

On December 28, 2023, counsel for Dreamytenda filed waivers of service of summons on behalf of Inkbird and Mixtea360. (*See* Waivers (Dkt. ## 38-39).) They filed a notice of appearance on behalf of Inkbird and Mixtea360 on January 4, 2024. (*See* 1/4/24 Notice (Dkt. # 41).) Because counsel have now appeared on behalf of all three Defendants, Anova's request for an order directing counsel to explain why they are representing only Dreamytenda is moot. Therefore, the court DENIES Anova's motion for an order to show cause (Dkt. # 35).

Dated this 19th day of January, 2024.

JAMES L. ROBART
United States District Judge