HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Anova Applied Electronics, Inc.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Inkbird Tech. C.L., a Chinese company;<br>Shenzhen Jingtaitengda Technology Co., Ltd. d/b/a "Dreamytenda"; and<br>Shenzhenshi Yingbozhikong Keji Youxian Gongsi d/b/a "Mixtea360"<br><br>　　　　　　　　　　Defendants. | Case No. 2:23-cv-00845-JLR<br><br>ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME REGARDING DEADLINES FOR FRCP 26(f) CONFERENCE, INITIAL DISCLOSURES, JOINT STATUS REPORT<br><br>~~[PROPOSED]~~ |

This matter came before the Court on the parties' Second Stipulated Motion for Extension of Time Regarding Deadlines for FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report. The Court having reviewed the pleadings and considered the files and records herein,

IT IS HEREBY ORDERED that the Stipulated Motion for Extension of Time Regarding Deadlines for FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report is GRANTED. The parties' deadlines are extended as follows:

　　FRCP 26(f) Conference: 4/08/2024

　　Initial Disclosures: 4/22/2024

　　Combined Joint Status Report and Discovery Plan: 4/29/2024.

DATED this 26th day of March, 2024.

_____
JAMES L. ROBART
United States District Judge

Presented by:

| TBILLICK LAW PLLC | STOKES LAWRENCE, P.S. |
|---|---|
| By: */s/Timothy J. Billick (E-mail Authority)*<br>Tim J. Billick, WSBA No. 46690<br>600 First Ave<br>Seattle, WA 98101<br>Telephone: (206) 494-0020<br>E-mail:  tim@tbillicklaw.com<br><br>*Attorneys for Plaintiff Anova Applied Electronics, Inc.* | By: */s/ Valerie Walker*<br>John T. Fetters (WSBA #40800)<br>Valerie Walker (WSBA #52584)<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA  98101-2393<br>Telephone: 206-626-6000<br>E-mail: John.fetters@stokeslaw.com<br>E-mail: Valerie.walker@stokeslaw.com<br><br>Donald R. McPhail (pro hac vice)<br>Eric W. Schweibenz (pro hac vice)<br>Alexander B. Englehart (pro hac vice)<br>OBLON, MCLELLAND, MAIER & NEUSTADT LLP<br>1940 Duke Street<br>Alexandria, VA 22314<br>Telephone: 703-413-3000<br>E-mail: dmcphail@oblon.com<br>E-mail: eschweibenz@oblon.com<br>E-mail: aenglehart@oblon.com<br><br>*Attorneys for Defendants Shenzhen Jingtaitengda Technology Co., Ltd. d/b/a "Dreamytenda," Shenzhenshi Yingbozhikong Keji Youxian Gongsi d/b/a "Mixtea360" and Inkbird Tech., C.D.* |