UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| Anova Applied Electronics, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>Shenzhen Jingtaitengda Technology Co., Ltd., et al., d/b/a "Dreamytenda," Shenzhenshi Yingbozhikong Keji Youxian Gongsim, and Inkbird Tech C L, et al.,<br><br>    Defendants. | Case No. 2:23-CV-845<br><br>**STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

In accordance with Local Civil Rule 83.2(b)(1), the parties hereby stipulate that Alexander Englehart, Donald R McPhail, and Eric Schweibenz of Merchant & Gould, P.C., and John T. Fetters and Valerie A. Walker of Stokes Lawrence, P.S., withdraw as counsel for Defendants Shenzhen Jingtaitengda Technology Co., Ltd., Shenzhenshi Yingbozhikong Keji Youxian Gongsim, and Inkbird Tech C L ("Defendants").  Carl J. Marquardt of the Law Office of Carl J. Marquardt PLLC and Dandan Pan, Tao Liu, and Wei Wang of Glacier Law LLP hereby substitute and appear on behalf of Defendants. Substituting attorneys' contact information is as follows:

STIPULATED MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1

LAW OFFICE OF
**CARL J. MARQUARDT, PLLC**
1126 34TH AVENUE, SUITE 311
SEATTLE, WASHINGTON 98122-5137
(206) 388-4498

Carl J. Marquardt (WSBA No. 23257)
Law Office of Carl J. Marquardt PLLC
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel: (206) 388-4498
Email: carl@cjmlawoffice.com

Dandan Pan, dandan.pan@glacier.law (*Pro Hac Vice* Pending)
Tao Liu. Tao.Liu@glacier.law (*Pro Hac Vice* Pending)
Wei Wang wei.wang@glacier.law (*Pro Hac Vice* Pending)
Glacier Law LLP
41 Madison Avenue, Suite 2529
New York, NY 10010
Tel: (332) 208-1505

Dated: May 15, 2024

SO STIPULATED AND AGREED TO BY:

| TBillick Law® PLLC | MERCHANT & GOULD, P.C. |
|---|---|
| _/s/ Tim Billick_____<br>Tim Billick, WSBA No. 46690<br>601 1st Ave.<br>Seattle, WA 98104<br>Tel. 206.848.4448<br>Email: tim@tbillicklaw.com<br>Attorney for Plaintiff | _/s/ Donald R. McPhail_____<br>Alexander Englehart<br>Donald R. McPhail<br>Eric Schweibenz<br>1900 Duke St., STE 600<br>Alexandria, VA 22314<br>Tel. 703-518-4520<br>Email: aenglehart@merchantgould.com<br>dmcphail@merchantgould.com<br>eschweibenz@merchantgould.com |
| | STOKES LAWRENCE PS |
| | _/s/ John T. Fetters___<br>John T. Fetters<br>Valerie A. Walker<br>1420 Fifth Ave., Suite 3000<br>Seattle, WA 98101-2393<br>Tel. 206-626-6000 |

STIPULATED MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 2

LAW OFFICE OF
**CARL J. MARQUARDT, PLLC**
1126 34TH AVENUE, SUITE 311
SEATTLE, WASHINGTON 98122-5137
(206) 388-4498

Email: john.fetters@stokeslaw.com
valerie.walker@stokeslaw.com

*Withdrawing Attorneys*

LAW OFFICE OF CARL J. MARQUARDT PLLC

/s/ *Carl J. Marquardt*
Carl J. Marquardt (WSBA No. 23257)
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel:     (206) 388-4498
Email:  carl@cjmlawoffice.com

GLACIER LAW, LLP

/s/ *Tao Liu*
Dandan Pan, dandan.pan@glacier.law
Tao Liu. Tao.Liu@glacier.law
Wei Wang wei.wang@glacier.law
41 Madison Avenue, Suite 2529
New York, NY 10010
Tel: (332) 208-1505

*Substituting attorneys*

## ORDER

Pursuant to the Stipulation of the parties, IT IS SO ORDERED.

DATED this 17th day of ___May___, 2024.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 3

**LAW OFFICE OF**
**CARL J. MARQUARDT, PLLC**
1126 34TH AVENUE, SUITE 311
SEATTLE, WASHINGTON 98122-5137
(206) 388-4498