HON. JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| Anova Applied Electronics, Inc.<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>Inkbird Tech. C.L., a Chinese company;<br>Shenzhen Jingtaitengda Technology Co., Ltd.<br>d/b/a "Dreamytenda"; and<br>Shenzhenshi Yingbozhikong Keji Youxian<br>Gongsi d/b/a "Mixtea360"<br>　　　　　　　　　Defendants. | Case No. 2:23-cv-00845-JLR<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>~~[PROPOSED]~~ |

This matter came before the Court on the parties' Stipulated Motion for Extension of Time to Respond to Complaint. The Court having reviewed the pleadings and considered the files and records herein.

IT IS HEREBY ORDERED that the Stipulated Motion for Extension of Time to Respond to Complaint is GRANTED. Defendants' deadline to answer or otherwise respond to the Complaint is extended to June 19, 2024.

DATED: May __27__, 2024

_____
JAMES L. ROBART
United States District Judge

TBILLICK LAW PLLC

By:       /s/ Tim J. Billick
Tim J. Billick, WSBA No. 46690
600 First Ave
Seattle, WA 98101
Telephone: (206) 494-0020
E-mail: tim@tbillicklaw.com

*Attorney for Plaintiff*

GLACIER LAW LLP

By:       /s/ Tao Liu
Dandan Pan (Pro Hac Vic)
Tao liu (Pro Hac Vic)
Wei Wang (Pro Hac Vic)
dandan.pan@glacier.law
tao.liu@glacier.law
wei.wang@glacier.law
41 Madison Avenue, Suite 2529
New York, NY 10010
Tel: (332) 208-1505

LAW OFFICE OF CARL J. MARQUARDT PLLC
Carl J. Marquardt (WSBA No. 23257)
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel:(206) 388-4498
Email:carl@cjmlawoffice.com

*Attorneys for Defendants*