HON. JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| Anova Applied Electronics, Inc.<br><br>       Plaintiff,<br><br> v.<br><br>Inkbird Tech. C.L., a Chinese company;<br>Shenzhen Jingtaitengda Technology Co., Ltd.<br>d/b/a "Dreamytenda;" and<br>Shenzhenshi Yingbozhikong Keji Youxian Gongsi d/b/a "Mixtea360"<br><br>       Defendants. | Case No. 2:23-cv-00845-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT COUNTERCLAIMS<br><br>Noting Date: July 19, 2024 |

  This matter came before the Court on the parties' Stipulated Motion for Extension of Time to Respond to Complaint Counterclaims. The Court having reviewed the pleadings and considered the files and records herein.

  IT IS HEREBY ORDERED that the Stipulated Motion for Extension of Time to Respond to Complaint Counterclaims is GRANTED. Plaintiff's deadline to answer or otherwise respond to the Complaint Counterclaims is extended to July 24, 2024.

DATED this __22__ day of __July__, 2024.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLANT COUNTERCLAIMS — 1

2:23-cv-845-JLR

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

|     |     |
| --- | --- |
| 1   |     |
| 2   | TBILLICK LAW PLLC |
| 3   |     |
| 4   | By: _____ |
| 5   | Tim J. Billick, WSBA No. 46690 |
| 6   | 600 First Ave<br>Seattle, WA 98101 |
| 7   | Telephone: (206) 494-0020<br>E-mail: tim@tbillicklaw.com |
| 8   |     |
| 9   | *Attorney for Plaintiff* |
| 10  |     |
| 11  | GLACIER LAW LLP |
| 12  |     |
| 13  | By:      / Dandan Pan/                                |
| 14  | Dandan Pan (Pro Hac Vic)<br>Tao liu (Pro Hac Vic) |
| 15  | Wei Wang (Pro Hac Vic) |
| 16  | dandan.pan@glacier.law<br>tao.liu@glacier.law |
| 17  | wei.wang@glacier.law |
| 18  | 41 Madison Avenue, Suite 2529<br>New York, NY 10010 |
| 19  | Tel: (332) 208-1505 |
| 20  | LAW OFFICE OF CARL J. MARQUARDT PLLC |
| 21  | Carl J. Marquardt (WSBA No. 23257) |
| 22  | 1126 34th Avenue, Suite 311<br>Seattle, WA 98122 |
| 23  | Tel:(206) 388-4498<br>Email:carl@cjmlawoffice.com |
| 24  |     |
| 25  | *Attorneys for Defendants* |
| 26  |     |
| 27  |     |
| 28  | STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLANT COUNTERCLAIMS   2<br><br>2:23-cv-845-JLR |

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com