HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| Anova Applied Electronics, Inc.<br><br>       Plaintiff,<br><br> v.<br><br>Inkbird Tech. C.L., a Chinese company; Shenzhen Jingtaitengda Technology Co., Ltd. d/b/a "Dreamytenda;" and Shenzhenshi Yingbozhikong Keji Youxian Gongsi d/b/a "Mixtea360"<br><br>       Defendants. | Case No. 2:23-cv-00845-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULE<br><br>Noting Date: August 19, 2024 |

This matter came before the Court on the parties' Stipulated Motion to Amend the Schedule. The Court having reviewed the pleadings and considered the files and records herein.

IT IS HEREBY ORDERED that the Stipulated Motion to Amend the Schedule is GRANTED. The amended schedule is as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | **DECEMBER 8, 2025** |
| Length of Jury Trial | 7 days |
| Joinder of Parties Deadline | July 9, 2024 |
| Disclosure of asserted claims and infringement contentions | June 26, 2024 |
| Non−infringement and invalidity contentions | July 26, 2024 |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULE

2:23-cv-845-JLR

1

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

| | |
|---|---|
| Amended infringement contentions due (to cover the two new patents) | September 2, 2024 |
| Amended invalidity contentions (to cover the two new patents) | October 2, 2024 |
| Proposed terms for construction | October 16, 2024 |
| Preliminary claim constructions and extrinsic evidence deadline | November 1, 2024 |
| Joint claim construction and prehearing statement due | November 15, 2024 |
| *Markman* expert disclosures due | November 15, 2024 |
| Completion of claim construction discovery | December 18, 2024 |
| Opening *Markman* brief due | December 23, 2024 |
| Responsive *Markman* brief due | January 7, 2025 |
| ***Markman* hearing at 9:00 a.m. on** | February 7, 2025 |
| Expert witness reports pursuant to FRCP 26(a)(2) due | May 9, 2025 |
| Deadline for motions to amend pleadings | May 16, 2025 |
| Rebuttal expert witness reports due | June 6, 2025 |
| Amended pleadings due | June 6, 2025 |
| All motions related to discovery must be filed by | May 28, 2025 |
| Discovery completed by | June 27, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | August 5, 2025 |
| Settlement conference held no later than | September 5, 2025 |
| All motions in limine must be filed by | October 27, 2025 |
| Agreed pretrial order per LCR 16.1 due | November 20, 2025 |
| Deposition designations submitted in hardcopy to the court by | November 20, 2025 |
| Pretrial conference to be held at 2:00 p.m. on | November 24, 2025 |
| Trial briefs, proposed voir dire questions, and jury instructions due | December 1, 2025 |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULE

2

2:23-cv-845-JLR

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com

1  DATED this 20th day of   August  , 2024.

> _____
> JAMES L. ROBART
> United States District Judge

> TBILLICK LAW PLLC

> By: _____
> Tim J. Billick, WSBA No. 46690
> 600 First Ave
> Seattle, WA 98101
> Telephone: (206) 494-0020
> E-mail: tim@tbillicklaw.com

> *Attorney for Plaintiff*

> GLACIER LAW LLP

> By:/Dandan Pan/
> Dandan Pan (Pro Hac Vic)
> Tao liu (Pro Hac Vic)
> Wei Wang (Pro Hac Vic)
> dandan.pan@glacier.law
> tao.liu@glacier.law
> wei.wang@glacier.law
> 41 Madison Avenue, Suite 2529
> New York, NY 10010
> Tel: (332) 208-1505

> LAW OFFICE OF CARL J. MARQUARDT PLLC
> Carl J. Marquardt (WSBA No. 23257)
> 1126 34th Avenue, Suite 311
> Seattle, WA 98122
> Tel:(206) 388-4498
> Email:carl@cjmlawoffice.com

> *Attorneys for Defendants*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULE

2:23-cv-845-JLR

3

TBILLICK LAW
600 1st Ave
Seattle, WA 98104
206.494.0020
tim@tbillicklaw.com