HON. JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| Anova Applied Electronics, Inc.<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Inkbird Tech. C.L., a Chinese company;<br>Shenzhen Jingtaitengda Technology Co., Ltd.<br>d/b/a "Dreamytenda"; and<br>Shenzhenshi Yingbozhikong Keji Youxian<br>Gongsi d/b/a "Mixtea360"<br><br>　　　　　　　　　　Defendants. | Case No. 2:23-cv-00845-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULE |

This matter came before the Court on the parties' Stipulated Motion for Extension of Time to Respond to Complaint. The Court having reviewed the pleadings and considered the files and records herein.

IT IS HEREBY ORDERED that the Stipulated Motion to Amend the Schedule is GRANTED. The Amended Schedule is as follows:

| | |
|---|---|
| JURY TRIAL DATE | March 18, 2026 |
| Length of Jury Trial | 7 days |
| Proposed terms for construction | November 5, 2024 |
| Preliminary claim constructions and extrinsic evidence deadline | December 5, 2024 |
| Joint claim construction and prehearing statement | January 20, 2025 |
| Markman expert disclosures | January 20, 2025 |

1

Case No. 2:23-cv-00845-JLR

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| Completion of claim construction discovery | March 11, 2025 |
| Opening Markman brief due | March 17, 2025 |
| Responsive Markman brief due | April 1, 2025 |
| Markman hearing at 9:00 a.m. on | May 1, 2025 |
| Expert witness reports pursuant to FRCP 26(a)(2) due | August 1, 2025 |
| Deadline for motions to amend pleadings | August 8, 2025 |
| Rebuttal expert witness reports due | September 1, 2025 |
| Amended pleadings due | September 1, 2025 |
| All motions related to discovery must be filed by | September 8, 2025 |
| Discovery completed by | October 6, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | November 10, 2025 |
| Settlement conference held no later than | December 10, 2025 |
| All motions in limine must be filed by | January 29, 2026 |
| Agreed pretrial order per LCR 16.1 due | February 27, 2026 |
| Deposition designations submitted in hardcopy to the court by | February 27, 2026 |
| Pretrial conference to be held at 2:00 p.m. on | March 4, 2026 |

| Trial briefs, proposed voir dire questions, and jury instructions due | March 11, 2026 |

DATED this 31st day of October, 2024.

_____
JAMES L. ROBART
United States District Judge

DATED:  October 30, 2024                    GLACIER LAW LLP

By:/s/ Wei Wang
Dandan Pan (Pro Hac Vic)
Tao liu (Pro Hac Vic)
Wei Wang (Pro Hac Vic)
dandan.pan@glacier.law
tao.liu@glacier.law
wei.wang@glacier.law
41 Madison Avenue, Suite 2529
New York, NY 10010
Tel: (332) 208-1505

LAW OFFICE OF CARL J. MARQUARDT PLLC
Carl J. Marquardt (WSBA No. 23257)
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel:(206) 388-4498
Email:carl@cjmlawoffice.com

*Attorneys for Defendants*

1  DATED: October 30, 2024                    TBILLICK LAW PLLC

2

3
                                              By:/s/ Tim J. Billick
4                                                 Tim J. Billick, WSBA No. 46690
                                                  Partner, Practus LLP
5                                                 600 1st Ave, Suite 102
                                                  Seattle, WA 98104
6                                                 Ph. 206-844-6539
                                                  Tim.billick@practus.com
7
                                              *Attorney for Plaintiff*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28