HON. JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| Anova Applied Electronics, Inc.<br><br>  Plaintiff,<br><br>v.<br><br>Inkbird Tech. C.L., a Chinese company; Shenzhen Jingtaitengda Technology Co., Ltd. d/b/a "Dreamytenda"; and Shenzhenshi Yingbozhikong Keji Youxian Gongsi d/b/a "Mixtea360"<br><br>  Defendants. | Case No. 2:23-cv-00845-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE<br><br>NOTING DATE: January 3, 2025 |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation of the parties filed at Dkt. # 90, the parties agree to entry of an order dismissing this case with prejudice and without costs or fees to either party.

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or fees to either party.

IT IS SO ORDERED.

DATED this 3rd day of January, 2025.

_____
JAMES L. ROBART
United States District Judge